IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$4,480,466.16 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 2653;<br><br>$146,370.00 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING IN 0252;<br><br>$77,437.59 IN FUNDS SEIZED FROM CHARLES SCHWAB ACCOUNT ENDING IN 8588;<br><br>$263.47 IN FUNDS SEIZED FROM WELLS FARGO ACCOUNT ENDING IN 2092;<br><br>$9,668.28 IN FUNDS SEIZED FROM BANK OF UTAH ACCOUNT ENDING IN 2251;<br><br>$2,814.51 IN FUNDS SEIZED FROM BANK OF UTAH ACCOUNT ENDING IN 8074;<br><br>A 2014 LAMBORGHINI AVENTADOR (VIN ZHWUR1ZD0ELA02916);<br><br>A 2016 FERRARI 488 (VIN ZFF80AMA0G0219421);<br><br>A 2017 BENTLEY CONTINENTAL GT V8 (VIN SCBFH7ZA0HC063118); | NO.  3:17-CV-2989 |

| | |
|---|---|
| A 2017 MERCEDES-BENZ AMG S63 (VIN WDDUG7JB4HA325753);<br><br>A 2016 MERCEDES-BENZ G63 (VIN WDCYC7DF4GX258941);<br><br>A 2016 DODGE RAM 2500 (VIN 3C6UR5DL1GG314858);<br><br>A 2016 BMW ALPINA (VIN WBA6D6C54GGK18160);<br><br>REAL PROPERTY KNOWN AS 14888 LAKE FOREST DRIVE, DALLAS, TEXAS,<br><br>            Defendants *in rem*. | |

## UNITED STATES' COMPLAINT FOR FORFEITURE

The United States of America files this complaint *in rem* against the defendant property, and in support states:

### I.    JURISDICTION AND VENUE

1.    This court has subject matter jurisdiction of this cause of action *in rem* by virtue of the provisions of 28 U.S.C. §§ 1345 and 1355(a).  Venue is proper under 28 U.S.C. § 1355(b)(1) because acts giving rise to the forfeiture occurred in this district.

2.    The statutory bases for this suit are 18 U.S.C. § 981(a)(1)(c), 18 U.S.C. § 981(a)(1)(D), and 18 U.S.C. § 982(a)(3).  Also applicable are 28 U.S.C. §§ 2461 and 2465, 18 U.S.C. §§ 983 and 985, and Supplemental Rule G.

3.    Pursuant to the provisions of 18 U.S.C. § 985(a), actions against real property are to be brought in the United States District Court.

## II.   NOTICE AND POTENTIAL CLAIMANTS

4.   The defendant property in this suit is as follows:

   a. $4,480,466.16 in funds seized from Bank of America account ending in 2653 on or about September 20, 2017, maintained in the name of Retail Ready Career Center;

   b. $146,370.00 in funds seized from Bank of America account ending in 0252 on or about September 20, 2017, maintained in the name of Retail Ready Career Center;

   c. $77,437.59 in funds seized from Charles Schwab account ending in 8588 on or about September 20, 2017, maintained in the name of Jon Davis;

   d. $263.47 in funds seized from Wells Fargo account ending in 2092 on or about September 20, 2017, maintained in the name of Jon Davis;

   e. $9,668.28 in funds seized from Bank of Utah account ending in 2251 on or about September 20, 2017, maintained in the name of Trades United;

   f. $2,814.51 in funds seized from Bank of Utah account ending in 8074 on or about September 20, 2017, maintained in the name of Clear Conscience;

   g. A 2014 Lamborghini Aventador (VIN: ZHWUR1ZD0ELA02916), seized on October 6, 2017;

   h. A 2016 Ferrari 488 (VIN: ZFF80AMA0G0219421), seized on October 6, 2017;

   i. A 2017 Bentley Continental GT V8 (VIN: SCBFH7ZA0HC063118), seized on October 11, 2017;

   j. A 2017 Mercedes-Benz AMG S63 (VIN: WDDUG7JB4HA325753, seized on October 11, 2017;

   k. A 2016 Mercedes-Benz G63 (VIN: WDCYC7DF4GX258941), seized on October 11, 2017;

   l. A 2016 Dodge Ram 2500 (VIN: 3C6UR5DL1GG314858), seized on October 11, 2017;

  m. A 2016 BMW Alpina (VIN: WBA6D6C54GGK18160), seized on October 23, 2017; and

  n. Real property located at 14888 Lake Forest Drive, Dallas, Texas, also known as LOT 1, BLOCK A, OF A REPLAT OF LAKE FOREST ADDITION, AN ADDITION TO THE CITY OF ADDISON, DALLAS COUNTY, TEXAS, ACCORDING TO THE REPLAT THEREOF RECORDED IN VOLUME 94205, PAGE 1934, MAP RECORDS, DALLAS COUNTY, TEXAS, AS CORRECTED BY CERTIFICATE OF CORRECTION RECORDED IN VOLUME 94226, PAGE 300, DEED RECORDS, DALLAS COUNTY, TEXAS

(collectively the defendant property).  The defendant property, except for the real property described in the above paragraph 4.n, has been seized.  The real property will not be arrested, but notice of this complaint will be posted upon item n in accordance with 18 U.S.C. § 985(c)(1)(B) and (c)(3) (Supplemental Rule G(3)(a)), and a notice of *lis pendens* describing this forfeiture action will be filed in the property records of Dallas County, Texas.

  5. The names and last known addresses of those individuals or entities reasonably appearing to the government at this time to be potential claimants to the defendant property are:

> Jonathan Davis, in his individual capacity and on behalf of Retail Ready
> 14888 Lake Forest Drive
> Dallas, Texas 75254

> Jonathan Davis, in his individual capacity and on behalf of Retail Ready
> c/o Aaron Wiley and Derek Staub
> Lackey Hershman, LLP
> 3102 Oak Lawn Avenue, Suite 777
> Dallas, Texas 75219-4241

      Jon Davis, in his individual capacity and on behalf of Retail Ready
      c/o Steve Jumes
      Varghese Summersett, PLLC
      16th Floor, One City Place
      300 Throckmorton Street, Suite 1650
      Fort Worth, Texas 76102

      Tess Davis [As to Items e-f]
      265 N 100 W
      Logan, Utah 84321

Notice of this complaint will be provided to the above-listed individuals.

### III.  FACTS AND BASIS FOR FORFEITURE

6.  The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(c), 18 U.S.C. § 981(a)(1)(D), and 18 U.S.C. § 982(a)(3) because it is derived from proceeds traceable to a violation, violations, or conspiracy to violate 18 U.S.C. § 1031, 18 U.S.C. §§ 286 and 371, 18 U.S.C. § 641, 18 U.S.C. § 1001, 18 U.S.C § 1341, and 18 U.S.C. § 1343.  This is shown by the Verification Affidavit in Support of the United States' Complaint for Forfeiture of Special Agent Miguel Coias, filed under seal, and incorporated as Plaintiff's Exhibit 1, in the Appendix filed in support of this Complaint.

### IV.  RELIEF SOUGHT

THEREFORE, the United States requests the following:

A.  The notice of this forfeiture action against the defendant property be posted by the United States Marshal or his designee authorized by law on the defendant property in accordance with 18 U.S.C. § 985(c)(1)(B);

B.  Publication of notice of this forfeiture action be made by posting notice on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, in accordance with Supplemental Rule G(4)(a).

C.  Direct notice of this forfeiture action be given to those persons who reasonably appear to be potential claimants in accordance with Supplemental Rule G(4)(b).

D.  All persons having any interest in or right against the defendant property be advised by the public notice or the direct notice to timely file in this court a verified claim identifying the interest or right to the defendant property as required by Supplemental Rule G(5)(a) and 18 U.S.C. § 983(a)(4)(A); and to file an answer to this Complaint for Forfeiture or motion under Fed. R. Civ. P. 12 in the manner required by the Supplemental Rule G(5)(b) and 18 U.S.C. § 983(a)(4)(B).  Further, any person filing a verified claim of interest or right and/or an answer shall serve a copy on Joseph A. Magliolo, Assistant United States Attorney, 1100 Commerce Street, Suite 300, Dallas, Texas 75242.

E.  At the conclusion of this proceeding, the defendant property be condemned by order and judgment of this court and declared and decreed to be forfeited to the United States of America in accordance with law.

F.  All costs and expenses incurred by the United States in obtaining the forfeiture of the defendant property be appropriately taxed against any person or entity who may file a verified claim and answer herein, and/or if more than one person or entity files a verified claim and answer herein be jointly taxed and prorated among them, as the court deems just and equitable.

G. The United States have such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Joseph A. Magliolo*
JOSEPH A. MAGLIOLO
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8803
joseph.magliolo@usdoj.gov

ATTORNEY FOR PLAINTIFF